IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MELISSA M. FICKEN, | ) | |
| | ) | |
| Plaintiff, | ) | CV-07-6183-KI |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant. | ) | |

    Based on the record, IT IS ORDERED AND ADJUDGED that this case is REMANDED for further proceedings consistent with the Opinion and Order of this court filed July 21, 2008.

    Dated this   21st   day of July, 2008.

                                                              /s/ Garr M. King
                                                              Garr M. King
                                                              United States District Judge