Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED
APR 22 2010

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MILESSA M. FICKEN, | ) |
| | ) Case No. 07-6183-KI |
| Plaintiff, | ) |
| | ) ORDER APPROVING PLAINTIFF'S |
| | ) MOTION FOR ATTORNEY FEES |
| vs. | ) PURSUANT TO 42 U.S.C. §406(b) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $14,560.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $14,560.75 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, plaintiff's counsel shall refund the EAJA fee of $5,727.83 awarded herein to Plaintiff.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

IT IS SO ORDERED this 21 day of April, 2010.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2